■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK BECKWITH, Appellant. (Appeal No. 2.) [735 NYS2d 442] —Judgment unanimously affirmed. Same Memorandum as in *People v Beckwith* (289 AD2d 956 [decided herewith]). (Appeal from Judgment of Oneida County Court, Dwyer, J.—Sodomy, 1st Degree.) Present—Pigott, Jr., P. J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.